# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA CANTRELL, as Next Friend of GARY LYONS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-16-400-JHP ) |
| MISTY JOHNSON, in her individual capacity, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER REGARDING MOTION TO COMPEL

Regarding the Plaintiff Donna Cantrell's Motion to Compel [Docket No. 77], which has been referred to the undersigned Magistrate Judge for final disposition pursuant to 28 U.S.C. § 636(b)(1)(A), the undersigned Magistrate Judge orders the following:

      1.    As to Request for Admission No. 3, the Defendant's objection is sustained and the Plaintiff's motion is DENIED.

      2.    As to Requests for Admission Nos. 6 and 7, the Defendant's objection is sustained, but the Plaintiff may issue more specifically-tailored requests for admission on these issues.

      3.    As to Document Request No. 8, the Defendant's objection is sustained, but the Defendant is directed to provide Plaintiff a privilege log of communication that has not been produced to the Plaintiff.

      4.    As to Document Request No. 10, the Defendant's objection is sustained and Plaintiff's motion is DENIED.

      5.    As to Document Request No. 11, the Plaintiff's motion is DENIED.

      6.    As to Document Request No. 14, the Plaintiff's Motion is MOOT.

7. With regard to the Defendant Johnson's refusal to perform the arm-bar technique at her deposition, the Defendant's objection to performing it is sustained, subject to the proviso that Defendant Johnson is likewise precluded from demonstrating such a technique at trial.

The Defendant is directed to provide all responsive documents within fourteen (14) days, and the Plaintiff likewise has fourteen (14) days in which to issue more specific requests for admission on the issues raised before the undersigned Magistrate Judge.

IT IS SO ORDERED this 17th day of October, 2017.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma